IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ATLANTIC STATES INSURANCE COMPANY, a foreign corporation, | § § § | No.   553, 2017 |
| Defendant Below, Appellant, | § § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | |
| AMINAH S. FINNEY, | § § | C.A. No.   K17C-02-018 |
| Plaintiff Below, Appellee. | § § | |

Submitted:   June 6, 2018
Decided:   June 15, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 15th day of June 2018, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated December 6, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn,
Justice